**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ANDRES RAMOS-ORDONEZ, Petitioner, | § § § | |
| v. | § § § § § | Civil Action No. 1:17-cv-0089 (Criminal No. 1:15-cr-1065-1) |
| UNITED STATES OF AMERICA, Respondent. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 14) in the above-referenced civil action. No objections were filed by Petitioner. After a *de novo* review of the record, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that "United States' Motion to Dismiss Movant's 28 U.S.C. §2255 Motion or Alternatively, Motion for Summary Judgment and Memorandum in Response" (Docket No. 13) is hereby **GRANTED**. Therefore, Petitioner's "Motion under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1) is hereby **DISMISSED** with prejudice and the Court declines to issue a Certificate of Appealability.

The Clerk of the Court is hereby **ORDERED** to close the case.

Signed on this 10th day of September, 2018.

Rolando Olvera
United States District Judge